JAMES AUDITORE, Respondent, v. SANTIAGO BRIONES, Appellant.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the facts found in the decision established merely a breach by the defendant of a contract to take the plaintiff into partnership with him in the business of operating the pier, and that the plaintiff's damages

for the breach of that contract should have been determined once and for all by the trial court. (See *Wakeman* v. *Wheeler & Wilson Mfg. Co.*, 101 N. Y. 205.) Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.